BRANNAN *et al. v.* HARRISON, Comptroller-general, *et al.*

BECK, P. J. Under the decision and rulings made in the case of *Brannan* v. *Harrison*, 172 *Ga.* 669 (158 S. E. 319), the court did not err in directing a verdict for the defendants, and in overruling the plaintiffs' motion for a new trial.

Judgment affirmed. *Russell, C. J., and Hill and Gilbert, JJ., concur. Atkinson, J., dissents.*

No. 9046. JUNE 16, 1932.

*C. N. Davie, J. F. Kemp, Lawrence S. Camp,* and *J. D. Tindall,* for plaintiffs.

*George M. Napier, attorney-general, T. R. Gress, assistant attorney-general, Robert S. Sams, J. P. Wilhoit,* and *Robert B. Troutman,* for defendants.